# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARTY MARCEL

NO. 2019 KW 0495

AUG 0 5 2019

---

In Re:    Arty Marcel, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          686293.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                              JMM
                              MRT
                              WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT